# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-90-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER**<br>**AMENDING JUDGMENT** |
| FRANKLIN TROY CAPLETTE, | |
| Defendant. | |

Defendant Franklin Troy Caplette having filed an Unopposed Motion to Amend the Judgment and good cause appearing;

IT IS HEREBY ORDERED that the Judgment (Doc. 84) shall be amended to read as follows:

"The Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of nine (9) months with three (3) months credit for time serve as of May 7, 2019."

DATED this 3rd day of September, 2019.

_____
Brian Morris
United States District Court Judge

1