# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN TROY CAPLETTE, <br><br> Defendant. | Case No. CR 12-90-GF-BMM <br><br> **ORDER** <br> **AMENDING JUDGMENT** |

Defendant Franklin Troy Caplette having filed a Third Unopposed Motion to Amend the Judgment and good cause appearing;

IT IS HEREBY ORDERED that the Second Amended Judgment (Doc. 94) shall be amended to read as follows in the Imprisonment Section, directly following the language, "The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:";

"The Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of six (6) months as of May 7, 2019, with zero credits as of that date."

DATED this 29th day of October, 2019.

*Brian Morris*
Brian Morris
United States District Court Judge