# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN TROY CAPLETTE,<br><br>Defendant. | Case No. CR 20-32-GF-BMM<br>CR 12-90-GF-BMM<br><br><br>ORDER |

Upon Motion of Defendant Franklin Troy Caplette for his in person appearance at his Sentencing Hearing and Revocation Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED that the Defendant shall appear in person for his Sentencing and Revocation Hearings scheduled in this matter on February 25, 2021, at 3:00 p.m.

DATED this 24th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court